# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00191-CV

**Austin Metal Productions Company, Inc., a/k/a Austin Material Handling, Co., Appellant**

**v.**

**ASI Storage Solutions, Inc., Appellee**

**FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
NO. C-1-CV-11-001064, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant filed a fifth motion to extend time to file its brief, explaining that the parties were in the process of finalizing a settlement agreement. Appellant asked us to extend time to file its brief for seventy days, until June 3, 2013. We dismiss the motion to extend time to file appellant's brief and instead abate the appeal while the parties conclude their settlement negotiations. Appellant is ordered to file either a report explaining the status of the negotiations and the appeal or a motion to dismiss the appeal no later than June 3, 2013.

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Abated

Filed:   April 3, 2013